FIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, as subrogee of Stack & Store Inc.<br>225 W. Washington Street, Suite 1800<br>Chicago, IL 60606,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON BREWER<br>710 Eastwood Court<br>Bel Air, MD 21014,<br><br>    Defendant. | Civil Action No. 1:23-cv-02138<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff, Interstate Fire & Casualty Company, as subrogee of Stack & Store Inc., by and through its attorneys, complaining of Defendant, hereby avers, as follows:

## THE PARTIES

1. Plaintiff, Interstate Fire & Casualty Company [hereinafter "Interstate"], is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business located at 225 W. Washington Street, Suite 1800, Chicago, IL 60606.

2. At all times material hereto, Plaintiff Interstate was duly authorized to issue policies of insurance within the State of Maryland.

3. Defendant Brandon Brewer [hereinafter "Brewer"], is an adult individual who, upon information and belief, resides at 710 Eastwood Court, Bel Air, MD 21014.

## JURISDICTION AND VENUE

4. The jurisdiction of this court is proper pursuant to 28 USC § 1332 as this action is between citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

5. Venue is proper in this district pursuant to 28 USC § 1391 as the events or omissions giving rise to the claims at issue occurred within this district and Defendant is subject to personal jurisdiction within the district.

## GENERAL AVERMENTS

6. At all times materially hereto, Stack & Store, Inc. [hereinafter "Stack & Store"], owned real and personal property located at 805 S. Philadelphia Road, Aberdeen, MD 21001 [hereinafter "the Property"].

7. At all times material hereto, Plaintiff Interstate insured Stack & Store's interest at the property.

8. On or about September 22, 2021, Defendant Brewer crashed his vehicle into Stack & Store's storage units located at the property ["the crash"].

9. Due to the crash, the property sustained severe and extensive damage.

10. Given the resulting damages, Stack & Store submitted a claim and pursuant to the contract of insurance, was paid for its damages under the policy's terms and conditions.

11. To the extent of its payments, Plaintiff Interstate is subrogated to the rights of its insured.

## COUNT I – NEGLIGENCE

12. Plaintiff Interstate incorporates its previous averments, by this reference.

13. The property damage was caused by the negligence, carelessness, recklessness, and/or negligent omissions of Defendant Brewer, as follows.

  a. failing to operate the vehicle in a safe manner;

  b. failing to control the vehicle he was operating in order to avoid a collision;

  c. failing to keep a proper lookout;

  d. failing to pay full time and attention to operating his vehicle;

  e. causing or allowing the vehicle to crash into Stack & Store's property; and

  f. such other and further negligent acts or omissions which may be revealed through discovery.

14. All such injuries and losses were caused solely by the negligence of Mr. Brewer without any negligence by Plaintiff or its insured contributing thereto.

15. Neither Plaintiff nor its insured assumed the risk of their damages.

WHEREFORE, Plaintiff Interstate respectfully requests judgment be entered in its favor and against Defendant Brandon Brewer, in an amount in excess of $75,000.00, together with interest and the costs of this action together with interest and such other and further relief as this Court may grant.

    Respectfully submitted,

    STRAVITZ LAW FIRM, P.C.

By: /s/Eric N. Stravitz
   Eric N. Stravitz (Bar No. 23610)
   4601 Presidents Drive
   Suite 120
   Lanham, MD 20706
   O:  (240) 467-5741
   F:  (240) 467-5743
   E:  eric@stravitzlawfirm.com
   *Counsel for Plaintiff*

*Of Counsel for Plaintiff*\*
Mark E. Opalisky, Esq.
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
O: (215) 665-2729

LEGAL\64820075\1

F: (215) 701-2429
E: MOpalisky@cozen.com
*Motion for Pro Hac Vice Admission to be filed